**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

CASE NO. 13-cr-0394-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.   BRIAN HEADLE**,

    Defendant.

_____

**ORDER GRANTING AMENDED MOTION TO RESTRICT ACCESS**
_____

This matter is before the Court on Defendant Headle's Amended Motion to Restrict Access filed on December 23, 2013 (ECF No. 58). The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

Defendant's Amended Motion for Leave to Restrict Access is GRANTED. The Documents filed at ECF Nos. 59 and 60 shall remain RESTRICTED at RESTRICTION LEVEL 3 (viewable only by the Filer and the Court).

Dated this 23rd day of December, 2013.

                                                  BY THE COURT:

                                                  William J. Martínez
                                                  United States District Judge