**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 13-cr-0394-WJM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.**    **BRIAN HEADLE**,

    Defendant.

---

## ORDER TO RESTRICT DOCUMENT

---

    This matter is before the Court on Government's Motion to Restrict Document (ECF No. 168).  Upon consideration and for good cause shown,

    IT IS ORDERED that said Document (ECF No. 170), the United States' Brief in Support of Motion to Restrict Document (ECF No. 169), as well as any order revealing the contents of that document, are hereby restricted at a "Level 2 Restriction" and will be viewable by the selected parties & court only until further order by the Court.

    Dated this 22nd day of September, 2015.

                                             BY THE COURT:

                                             William J. Martínez
                                             United States District Judge